**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. |
| Plaintiff, | : | 3:15-cr-00025 (JCH) |
| | : | |
| v. | : | |
| | : | |
| BRETT C. LILLEMOE, ET AL., | : | October 6, 2015 |
| Defendants. | : | |

**SCHEDULING ORDER**

On September 30th, 2015, counsel for the parties participated in a telephonic conference on scheduling, trial dates, and counsel availability.  See Minute Entry for Telephonic Conference (Doc. No. 63).  At that conference, counsel reported that, due to the complexity of this matter, including the need for substantial discovery, additional time is needed to prepare this case for trial.  All counsel indicated that they are available for, and have no objection to, setting this matter for jury selection on September 29, 2016, with evidence to commence on October 5, 2016.  A calendar reflecting these dates has entered.  See Notice of E-Filed Calendar (Doc. No. 64).

In addition, the court orders the following schedule for discovery and substantive motions, if any:

- 10/30/2015 – Government status report on the discovery efforts at the United States Department of Agriculture ("USDA") due;

- 2/1/2016 – Government's final disclosure of any materials obtained from record searches to be conducted by personnel of the USDA pursuant to certain search requests made by the defendants due (discovery should be ongoing: this is the final date for all such discovery);

- 2/16/2016 – Any additional defense discovery motions due;

- 3/8/2016 – Government response to any additional discovery motions due;

1

- 3/15/2016 – Any defense replies due;

- 3/25/2016 – Oral argument, if necessary, on any disputed discovery issues;

- 4/15/2016 – Defendants' substantive motions due;

- 5/6/2016 – Government's response to substantive motions due;

- 5/13/2016 – Any defense replies due;

- 6/13/2016 – Oral arguments, if necessary, on defendants' substantive motions;

- 9/29/2016 – Jury selection;

- 10/5/2016 – Opening statements and start of evidence.

**SO ORDERED.**

Dated at New Haven, Connecticut, this 6th day of October, 2015.

　　　　　　　　　　　　　　　　　　　　　 /s/ Janet C. Hall　　　　　　
　　　　　　　　　　　　　　　　　　　　　Janet C. Hall
　　　　　　　　　　　　　　　　　　　　　United States District Judge