# Exhibit B



**United States Department of Justice**

*United States Attorney*
*District of Connecticut*

*Connecticut Financial Center*  (203) 821-3700
*157 Church Street, 25th Floor*  Fax (203) 773-5377
*New Haven, Connecticut  06510*  www.justice.gov/usao/ct

July 10, 2015

**By E-mail with Encls.**

| | | |
|---|---|---|
| William M. McSwain, Esq. | Douglas M. Tween, Esq. | Ann C. Flannery, Esq. |
| Drinker Biddle & Reath LLP | Baker & McKenzie LLP | Law Offices of Ann C. |
| One Logan Square, Ste. 2000 | 452 Fifth Avenue | Flannery, LLC |
| Philadelphia, PA  19103-6996 | New York, NY  10018 | 1835 Market Street, Suite 2700 |
| E-mail: | E-mail: | Philadelphia, PA  19103 |
| William.McSwain@dbr.com | douglas.tween@bakermckenzie.com | E-mail: |
| (Counsel for Defendant | (Counsel for Defendant Calderon) | acf@annflannerylaw.com |
| Lillemoe) | | (Counsel for Defendant Zirbes) |

Re:   **United States v. Brett C. Lillemoe, et al.**
      **Case No.: 3:15CR25(JCH)**

Dear Counsel:

In connection with the Government's ongoing discovery obligations in this matter, and consistent with our previous discussions and the discussion held before the district court on June 3, 2015, below please find a list of the additional GSM transactions (that is, those in addition to the transactions referenced in the indictment) that we currently intend to discuss and/or draw evidence from in connection with the trial of this matter.

> GSMs:  821940, 821945, 821448, 821457, 819323,
> 819752, 822379, 822380,  822381,  822902, 819164,
> 819215, 819927, 819370, 819366, 822915, 822921,
> 822630, 822631, 822632, 822692,  821999, 819788,
> 822691, 819365, 819368, 819822, 819809, 819811,
> 821350, 820026, 819822, 819802.

As discussed at the June 3, 2015 hearing, as we continue to refine our presentation there may be some small number of additional transactions that could be added to this list or, indeed, removed.  At the present time, however, this is the list we complied.  To the extend any such additional GSM transaction are identified, we will promptly notify you of which ones those are.

Like you, we of course continue to review the evidence in this case.  As our review continues, it appears likely that additional pieces of evidence (such as e-mails, text messages, or other documents) will be identified that do not appear to relate directly to a particular GSM transaction, but are otherwise relevant to an issue(s) in the case.  We, of course, reserve the right to offer such evidence at trial.

*Discovery Letter to All Counsel*
*July 10, 2015*
*Page 2 of 2*

      We look forward to receiving the defendants' disclosures as required by Section (B)(1) of the Court's Standing Order on Discovery.

      If you have any questions or comments concerning the information provided herein, please call me as soon as possible.

                      Sincerely,

                      DEIRDRE M. DALY
                      UNITED STATES ATTORNEY

                      MICHAEL S. McGARRY
                      JOHN H. DURHAM
                      ASSISTANT UNITED STATES ATTORNEYS