**Subject:** Re: GSM Registrations - Latin America - change in products
**From:** Brett Lillemoe <blillemoe@gtrglobal.com>
**Date:** 1/5/2009 3:01 PM
**To:** "Doster, Jonathan" <Jonathan.Doster@fas.usda.gov>
**CC:** "Swain, Daniele" <Daniele.Swain@fas.usda.gov>, "Rowse, Mark" <Mark.Rowse@fas.usda.gov>, "Doster, Jonathan" <Jonathan.Doster@fas.usda.gov>, "Slusher, Amy" <Amy.Slusher@fas.usda.gov>, "Ryan, Teri" <Teri.Ryan@fas.usda.gov>, "Ruiz, Sylvia" <Sylvia.Ruiz@fas.usda.gov>, "Jacobs, Lorie" <Lorie.Jacobs@fas.usda.gov>

Jon,

Thank you for your prompot response and I understand your position. The only point I would like to make is that this business is purely relationship-based. The end buyers are parties with which we have years of history. As always we have contracts in place prior to registering GSM applications, in fact we have ongoing business of bulk volumes on a monthly basis. We have experienced many market fluctuations over the years but never in any of our lifetimes have we seen a financial crisis the magnitude of what has developed globally since this past October. When one of our buyers can almost overnight purchase product elsewhere for less than 1/2 the price of our contracts then indeed technically speaking I guess we would have the right to burn the bridge with them due to their "breaking" the contract. However no good could come of this and we'd be out of business. In reality we, just like the other exporters in the business, can only compete and maintain our good name in the market by agreeing to extend the shipping terms with our clients. I would expect those clients to reciprocate if ever faced with the converse situation.

I can understand that allowing changes in products on GSM Gtces can pose problems for you since no such provisions in the regulations exist. However given such extenuating circumstances I hereby request CCC to consider a 90-day extension to the shipment date deadline for the Latin America FY2009 GSM Programs (South America, Central America, and Caribbean).

Again, thank you for your consideration.

Kind regards,

Brett C. Lillemoe
Managing Director
GTR, LLC
1862 Fairmount Ave.
St. Paul, MN 55105
USA
phone: 612-669-4968

---

**From:** "Doster, Jonathan" <Jonathan.Doster@fas.usda.gov>
**To:** Brett Lillemoe <blillemoe@gtrglobal.com>
**Cc:** "Swain, Daniele" <Daniele.Swain@fas.usda.gov>; "Rowse, Mark" <Mark.Rowse@fas.usda.gov>; "Doster, Jonathan" <Jonathan.Doster@fas.usda.gov>; "Slusher, Amy" <Amy.Slusher@fas.usda.gov>; "Ryan, Teri" <Teri.Ryan@fas.usda.gov>; "Ruiz, Sylvia" <Sylvia.Ruiz@fas.usda.gov>; "Jacobs, Lorie" <Lorie.Jacobs@fas.usda.gov>
**Sent:** Monday, January 5, 2009 1:05:47 PM

**Subject:** RE: GSM Registrations - Latin America - change in products

Brett,

We have carefully reviewed your situation and although we are not without sympathy for your plight, we cannot amend the guarantees. The regulations require that the exporter must have a *firm* sale in place at the time the application is submitted. The failure of the buyers to honor their sales agreement is an issue between GTR and the buyers. CCC will not amend guarantees to meet the changing conditions and terms of new/revised sales agreements. The terms of the guarantees are based on the original applications which are based on the terms of the sales agreement.

If you would like to discuss, please feel free to contact me.

Jonathan L. Doster
Branch Chief
Registrations & Operations Branch
 202...
 202... - fax

-----Original Message-----
From: Brett Lillemoe [mailto:blillemoe@gtrglobal.com]
Sent: Monday, January 05, 2009 1:03 PM
To: Doster, Jonathan
Cc: Swain, Daniele
Subject: GSM Registrations - Latin America - change in products

Jon,

As we have discussed, shortly after the Oct. GSM FY2009 registrations were made there occurred a drastic devaluation in S. American currencies. Effectively, the cost of S. American ag products was cut in half in the matter of a few day's time. Starting in mid-October we were left with no option other than to allow our customers in Latin America to source product from Argentina and Brazil until the U.S. market adjusted and/or Argentina and Brazil ran out of product. We had hoped it would happen by now but as it stands it is still difficult for us to move the stockpiles of U.S. Corn and SBM we had registered under GSM. Given the Feb. 3 shipment deadline for our existing registrations in Central America, Caribbean and South America , we would like to ask if it is possible for us to amend some of our Yellow Corn registrations to change the product to Wheat. The waning supply of Argentine wheat has loosened up our  U.S. wheat
 supplies and we'd like to apply some of this volume to our registrations. We propose to swap products only, not changing price or tonnage so as to not affect the economics of the GSM guarantees. We will take a hit because of the difference between corn and wheat prices, but at least it would help us utilize some GSM guarantee coverage that would otherwise be a complete loss for us.

Please let us know if the changing of corn for wheat is possible and if so I can give you the specific guarantees which we would like changed. There are approx. 8-10 total.

Beyond this issue we will likely appeal for an extension of shipment date for some portion of our registrations in Latin America but the ability to substitute some products as mentioned will help us a great deal toward the Feb. 3 deadline. Once we see what happens with the markets in January we'll have a better idea of where we stand vis-s-vis our GSM registrations.

I appreciate your consideration given the macroeconomic events that have occurred.

Kind regards,

```
Brett C. Lillemoe
Managing Director
GTR, LLC
1862 Fairmount Ave.
St. Paul , MN 55105
USA
phone:   612...
```