IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 3:15-CR-25 (JCH) |
| | : | |
| | : | |
| SARAH ZIRBES | : | December 17, 2015 |

## DEFENDANT SARAH ZIRBES' MOTION ON CONSENT TO MODIFY BAIL CONDITIONS

Defendant Sarah Zirbes, by undersigned counsel, hereby moves this Honorable Court to modify the conditions of bail set on March 6, 2015 as they pertain to her travel restrictions by permitting her to make two family-related trips to Florida in early 2016. In support of this motion, Ms. Zirbes states as follows:

1. Ms. Zirbes was arraigned on March 6, 2015. She was released pre-trial on unsecured bond in the amount of $100,000. Ms. Zirbes lives in Minnesota and is currently being supervised by the Probation Office in Minnesota. Trial is scheduled for October 5, 2016.

2. Under her conditions of bail, Ms. Zirbes is required to stay in the State of Minnesota except to travel to New York, Pennsylvania or Connecticut for the purposes of meetings with her counsel or Court appearances, and to travel to Iowa to visit her parents.

3. Ms. Zirbes requests a modification of the conditions of her release so that she may travel to Florida for two brief personal trips with her family.

   a. The first trip would take place from February 27 – March 6, 2016. She and her husband plan to meet her parents, who have a timeshare home in the Orlando area. Ms. Zirbes would travel by airplane. She will provide an

address, contact information, and a full itinerary to Probation once her travel arrangements have been made.

    b. The second trip would be April 2 – April 11, 2016. Her husband is competing in a Half Iron Man competition in Haines City, Florida. She and her husband would travel to Florida by car. She will provide an address, contact information, and a full itinerary to Probation once her travel arrangements have been made.

4. Ms. Zirbes' supervising probation officer confirmed that she is in compliance with all of her conditions of bail and that he has no objection to the proposed travel.

5. The government has been advised of this motion and has no objection to the trips as long as Ms. Zirbes remains in compliance with bail conditions and provides her itineraries to Probation in advance of travel.

For these reasons, Ms. Zirbes respectfully requests that the Court modify the conditions of release such that Ms. Zirbes may travel to Florida between February 27 – March 5, 2016 and April 2 – April 11, 2016 for personal reasons.

Respectfully submitted,

/s/
ANN C. FLANNERY
Bar #phv07316
Law Offices of Ann C. Flannery, LLC
1835 Market Street, Suite 2700
Philadelphia, PA 19103
215.636.9002
acf@annflannerylaw.com
Attorney for Defendant Sarah Zirbes

2

CERTIFICATE OF SERVICE

I, Ann C. Flannery, counsel for defendant Sarah Zirbes, hereby certify that on this 17th day of December 2015, I caused a true and correct copy of the foregoing Motion on Consent to Modify Bail Conditions to be served by the Court's electronic notification system upon:

Michael S. McGarry
Assistant United States Attorney
U.S. Attorney's Office-NH
157 Church St., 25th floor
New Haven, CT 06510
Michael.McGarry@usdoj.gov

and

John H. Durham
U.S. Attorney's Office -NH
157 Church St., 23rd floor
New Haven, CT 06510
john.durham@usdoj.gov

/s/ _____
ANN C. FLANNERY
Bar # phv07316
Law Offices of Ann C. Flannery, LLC
1835 Market Street, Suite 2700
Philadelphia, PA 19103
215.636.9002
acf@annflannerylaw.com